DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| | | | |
|---|---|---|---|
| 012P15 | State v. Bonrick Lee Barksdale | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA14-595) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 013P15-2 | George T. Powell, Jr. v. George R. Brown, et al. | Plt's *Pro Se* Motion for Reconsideration | Dismissed |
| 015P15 | State v. Jaired Antonio Jones | Def's PDR Under N.C.G.S. § 7A-31 (COA14-463) | Denied |
| 016P15 | State v. William Friend, III | Def's PDR Under N.C.G.S. § 7A-31 (COA14-336) | Denied |
| 020P15 | State v. Susan Denise Shaw | 1. Def's Motion for Temporary Stay (COA14-124) | 1. Allowed **01/15/15** Dissolved **04/09/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 022PA14 | Thomas C. Wetherington v. North Carolina Department of Public Safety (FKA N.C. Department of Crime Control and Public Safety); North Carolina Highway Patrol | Joint Motion to Supplement the Record | Allowed **Ervin, J., recused** |
| 024P15 | State v. Juan Carlos Benitez | 1. State's Motion for Temporary Stay (COA14-542) | 1. Allowed **01/16/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR | 3. Allowed |
| | | 4. State's Petition for Writ of *Certiorari* to Review Order of COA | 4. Dismissed as moot |
| 027P15 | State v. William Earl Huffstetler | 1. Def's NOA Based Upon a Constitutional Question (COA14-727) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |